**Order filed, April 01, 2014.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-01045-CR
_____

**EDWARD  MONTEMAYER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1351306**

---

## ORDER

The reporter's record in this case was due **January 17, 2014**.  *See* Tex. R. App. P. 35.1.  On **January 29, 2014**, this court ordered the court reporter to file the record within 30 days.  Also, on **January 29, 2014, Arlene Webb** attempted to file her portion of the record which was rejected because it was not signed and the cover was not numbered properly. The corrected record has not been filed with the

court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Arlene Webb**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Arlene Webb** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM